IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD D. SAVIDGE,

    Petitioner,                                  No. CIV S-05-0335 LKK KJM P

    vs.

STUART J. RYAN, Warden,

    Respondents.                             <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus under 28 U.S.C. § 2254. Petitioner has paid the filing fee.

        Petitioner seeks leave to file a memorandum in support of his habeas application, which exceeds twenty-five pages. Good cause appearing, the court will consider petitioner's complete memorandum.

        Because petitioner may be entitled to the relief requested in his habeas application and memorandum if the claimed violation of constitutional rights is proved, respondent will be directed to file a response to petitioner's application.

        In accordance with the above, IT IS HEREBY ORDERED that:

        1. Petitioner's request to file a memorandum in support of his application for writ of habeas corpus which exceeds twenty-five pages is granted;

1

2. Respondent is directed to file a response to petitioner's application for writ of habeas corpus within sixty days from the date of this order. See Rule 4, Fed. R. Governing § 2254 Cases. An answer shall be accompanied by any and all transcripts or other documents relevant to the determination of the issues presented in the application. See Rule 5, Fed. R. Governing § 2254 Cases;

3. Petitioner's traverse, if any, shall be filed and served within thirty days of service of an answer;

4. If the response to petitioner's application is a motion, petitioner's opposition or statement of non-opposition shall be filed and served within thirty days of service of the motion, and respondent's reply, if any, shall be filed within fifteen days thereafter; and

5. The Clerk of the Court shall serve a copy of this order, together with a copy of petitioner's application for a writ of habeas corpus and supporting memorandum, on Jo Graves, Senior Assistant Attorney General.

DATED: May 24, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

1/kf
savi0335.100f