IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD D. SAVIDGE,** | CIV S-05-0335 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **STUART J. RYAN, Warden,** | |
| Respondent. | |

This Court hereby grants Respondent's request for an enlargement of time by thirty (30) additional days. Respondent's responsive brief shall be filed on or before August 22, 2005.

IT IS SO ORDERED:

DATED: July 26, 2005.

_____
UNITED STATES MAGISTRATE JUDGE