IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **RICHARD D. SAVIDGE,** | CIV S-05-0335 LKK KJM P |
| Petitioner, | **ORDER** |
| v. | |
| **STUART J. RYAN, Warden,** | |
| Respondent. | |

This Court hereby grants Respondent's request for an enlargement of time by thirty (30) additional days, for Respondent to file a responsive brief on or before September 23, 2005.

IT IS SO ORDERED:

Dated:  August 23, 2005.

_____
UNITED STATES MAGISTRATE JUDGE