IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD D. SAVIDGE,

    Petitioner,               No. CIV S-05-0335 LKK KJM P

    vs.

STUART J. RYAN,

    Respondent.          <u>ORDER</u>

/

    Petitioner has requested leave to file a traverse in excess of fifteen pages. Good cause appearing, petitioner's request is granted.

DATED: May 2, 2006.

                                           UNITED STATES MAGISTRATE JUDGE

---

[1] sava0335.trv