IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

RICHARD D. SAVIDGE,

    Petitioner,                    No. CIV-S-05-0335 LKK KJM P

    vs.

STUART J. RYAN,

    Respondent.                ORDER

_____/

        Petitioner is a California prisoner proceeding pro se. Petitioner's application for writ of habeas corpus is currently submitted to the court for decision. In the course of reviewing the record with respect to the application, the court has determined that it requires more information to resolve petitioner's claims. Therefore, IT IS HEREBY ORDERED that within twenty days:

        1. Respondent shall provide the court with a copy of the transcript of the June 2000 proceedings in which petitioner challenged venue with respect to count one;

        2. Respondent shall provide the court with any citations to the record indicating where the car trip referenced by the victim between pages 803 and 807 of the transcript of petitioner's second trial began;

/////

1

1    3. Respondent shall identify any basis upon which the Superior Court of Sacramento County was a proper venue for count one, assuming California Penal Code § 787.4 is not a proper basis; and

4. Respondent shall provide briefing as to whether petitioner's appellate counsel was precluded in any respect under California law from raising the issues identified by petitioner in section "(a)" of "Ground Nine" of his habeas petition.

DATED: March 27, 2008.

_____
U.S. MAGISTRATE JUDGE

1/jk
savi0335.157

2